FILED
JAN 23 2006
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PACIFIC WESTERN, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LANDAMERICA CREDIT SERVICES, INC., f/k/a Info 1 Credit Reporting, Inc., a Delaware Corporation,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:05-CV-0895-JEC |

### ORDER

This case is before the Court on plaintiff's Renewed Motion to Remand and to Recover Fees and Costs [21]. The Court has reviewed both parties' pleadings and finds the defendant's position to be persuasive on this point.

Accordingly, the Court **DENIES** plaintiff's Renewed Motion to Remand and to Recover Fees and Costs [21].

SO ORDERED, this 23 day of January, 2006.

_____
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)